UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON LOVE, JR., | No. 2:22-cv-1233 AC P |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, et al., | |
| Defendants. | |

Counsel has submitted a proposed order granting substitution of attorney. ECF No. 7. Since plaintiff has been proceeding pro se, the proposed substitution of attorney will be construed as a notice of appearance.

Accordingly, IT IS HEREBY ORDERD that:

1. The proposed order granting substitution of attorney (ECF No. 7) is construed as a notice of appearance.

2. The Clerk of the Court is directed to update the docket to reflect that plaintiff is represented by counsel as indicated in the notice of appearance (ECF No. 7).

DATED: July 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE