UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON LOVE, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK M. HILL, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01233-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 12, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 12.)  Plaintiff has not filed timely objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed October 12, 2022 (ECF No. 12), are ADOPTED IN FULL;

2. Plaintiff's motion for a temporary restraining order (ECF No. 3) is DENIED; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

**DATED:  December 15, 2022**

Troy L. Nunley
United States District Judge